UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
f/u/b/o UNITED LIGHTING
AND SUPPLY COMPANY, a
Florida Corporation,

      Plaintiff,

v.                                      3:13cv68-WS

SAFECO INSURANCE COMPANY OF
AMERICA, et al.,

      Defendants.

_____

ORDER OF DISMISSAL

      The parties having filed a joint stipulation of dismissal with prejudice, it is

ORDERED:

      The clerk shall enter judgment of dismissal stating: "All claims are

dismissed with prejudice."

      DONE AND ORDERED this  14th  day of ___May___, 2014.


                    s/ William Stafford_____
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE